UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.                                          No. 4:10CR00236 SWW

CHRISTOPHER LYONS

## PRELIMINARY ORDER OF FORFEITURE

IT IS HEREBY ORDERED THAT:

1. As the result of the guilty plea to an Information filed October 8, 2010, for which the Government sought forfeiture pursuant to 18 U.S.C. § 2320, defendant shall forfeit to the United States:

    a. all property constituting, or derived from, proceeds/gross proceeds the defendant obtained directly or indirectly, as the result of such violations;

2. The Court has determined, based on defendant's plea agreement, that the following property is subject to forfeiture pursuant to 18 U.S.C. § 2320, and that the government has established the requisite nexus between such property and such offenses :

    a. **Real property located at 405 West Elm Street, Morrilton, Arkansas, also described as:**

    ALL THAT CERTAIN PARCEL OF LAND SITUATED IN COUNTY OF CONWAY, CITY OF MORRILTON, STATE OF ARKANSAS BEING KNOWN AS LOTS NINETEEN (19) AND TWENTY (20) IN BLOCK FIVE (5), IRVING'S ADDITION TO THE CITY OF MORRILTON, ARKANSAS, DESCRIBED AS FOLLOWS: BEGINNING AT A POINT 10 FEET EAST OF THE NORTHWEST CORNER OF LOT 19, AND RUNNING EAST 65 FEET, THENCE SOUTH ACROSS LOT 19 AND TO THE CENTER LINE OF THE NORTH HALF OF LOT 20 A DISTANCE OF 75 FEET, MORE OR LESS, THENCE WEST 65 FEET, THENCE NORTH 75 FEET, MORE OR LESS TO THE PLACE OF BEGINNING. AND BEING MORE FULLY DESCRIBED IN DEED BOOK 248 PAGE 468 RECORDED ON 02/09/2009 AMONG THE LAND RECORDS OF CONWAY COUNTY, ARKANSAS BEING THE SAME PROPERTY CONVEYED TO CHRIS LYONS BY DEED FROM KENNETH ROACH, MARY ROACH DATED

**02/09/2009, recorded 02/09/2009, DEED BOOK 248 PAGE 468. Parcel ID Number: 006-02064-000**

**and**

**A Ruger model Speed Six, a .357 caliber revolver bearing serial number SN 157-87985**

3. Upon entry of this Order, the United States Director of Homeland Security (or a designee) is authorized to commence any applicable proceeding to comply with statutes governing third party rights, including giving notice of this Order.

4. The United States shall publish notice of the order and its intent to dispose of the property in such a manner as the United States Director, Homeland Security (or a designee) may direct.  The United States may also, to the extent practicable, provide written notice to any person known to have an alleged interest in the Subject Property.

5. Any person, other than the above named defendant, asserting a legal interest in the Subject Property may, within thirty days of the final publication of notice  or receipt of notice, whichever is earlier, petition the court for a hearing without a jury to adjudicate the validity of his alleged interest in the Subject Property, and for an amendment of the order of forfeiture, pursuant to 21 U.S.C. § 853(n).

6. Pursuant to Fed. R. Crim. P. 32.2(b)(3), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing, or before sentencing if the defendant consents, and shall be made part of the sentence and included in the judgment.  If no third party files a timely claim, this Order shall become the Final Order of Forfeiture, as provided by Fed. R. Crim. P. 32.2(c)(2).]

7. Any petition filed by a third party asserting an interest in the Subject Property shall be

signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the Subject Property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the Subject Property, any additional facts supporting the petitioner's claim and the relief sought.

8. After the disposition of any motion filed under Fed. R. Crim. P. 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

9. The United States shall have clear title to the Subject Property following the Court's disposition of all third-party interests, or, if none, following the expiration of the period provided in 21 U.S.C. § 853(n)(2), which is incorporated by 18 U.S.C. § 982(b), 31 U.S.C. § 5317(c) and 5332, and 28 U.S.C. § 2461(c) for the filing of third party petitions.

10. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

11. The Clerk of the Court shall forward four certified copies of this order to Assistant U.S. Attorney Karen Whatley, U.S. Attorney's Office, P. O. Box 1229, Little Rock, AR 72201.

SO ORDERED this 15th day of October, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE