IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.  No. 4:10CR00272 SWW

CHRISTOPHER LYONS

FINAL ORDER OF FORFEITURE

WHEREAS, on October 15, 2020, this Court entered a Preliminary Order of Forfeiture, ordering defendant to forfeit his interest in the following:

a. **Real property located at 405 West Elm Street, Morrilton, Arkansas, also described as:**

**ALL THAT CERTAIN PARCEL OF LAND SITUATED IN COUNTY OF CONWAY, CITY OF MORRILTON, STATE OF ARKANSAS BEING KNOWN AS LOTS NINETEEN (19) AND TWENTY (20) IN BLOCK FIVE (5), IRVING'S ADDITION TO THE CITY OF MORRILTON, ARKANSAS, DESCRIBED AS FOLLOWS: BEGINNING AT A POINT 10 FEET EAST OF THE NORTHWEST CORNER OF LOT 19, AND RUNNING EAST 65 FEET, THENCE SOUTH ACROSS LOT 19 AND TO THE CENTER LINE OF THE NORTH HALF OF LOT 20 A DISTANCE OF 75 FEET, MORE OR LESS, THENCE WEST 65 FEET, THENCE NORTH 75 FEET, MORE OR LESS TO THE PLACE OF BEGINNING. AND BEING MORE FULLY DESCRIBED IN DEED BOOK 248 PAGE 468 RECORDED ON 02/09/2009 AMONG THE LAND RECORDS OF CONWAY COUNTY, ARKANSAS BEING THE SAME PROPERTY CONVEYED TO CHRIS LYONS BY DEED FROM KENNETH ROACH, MARY ROACH DATED 02/09/2009, recorded 02/09/2009, DEED BOOK 248 PAGE 468. Parcel ID Number: 006-02064-000**

**and**

**A Ruger model Speed Six, a .357 caliber revolver bearing serial number SN 157-87985**

WHEREAS, the United States caused to be published on the forfeiture website, internet address of www.forfeiture.gov for thirty consecutive days beginning on October 20, 2010, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance

with the law and as specified in the Preliminary Order. and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

WHEREAS, no claims were filed by any persons with respect to any of the property described herein;

WHEREAS, the Court finds that defendant had an interest in the property that is subject to forfeiture pursuant to Title 18, U.S.C.§ 2323 .

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

a. **Real property located at 405 West Elm Street, Morrilton, Arkansas, also described as:**

**ALL THAT CERTAIN PARCEL OF LAND SITUATED IN COUNTY OF CONWAY, CITY OF MORRILTON, STATE OF ARKANSAS BEING KNOWN AS LOTS NINETEEN (19) AND TWENTY (20) IN BLOCK FIVE (5), IRVING'S ADDITION TO THE CITY OF MORRILTON, ARKANSAS, DESCRIBED AS FOLLOWS: BEGINNING AT A POINT 10 FEET EAST OF THE NORTHWEST CORNER OF LOT 19, AND RUNNING EAST 65 FEET, THENCE SOUTH ACROSS LOT 19 AND TO THE CENTER LINE OF THE NORTH HALF OF LOT 20 A DISTANCE OF 75 FEET, MORE OR LESS, THENCE WEST 65 FEET, THENCE NORTH 75 FEET, MORE OR LESS TO THE PLACE OF BEGINNING. AND BEING MORE FULLY DESCRIBED IN DEED BOOK 248 PAGE 468 RECORDED ON 02/09/2009 AMONG THE LAND RECORDS OF CONWAY COUNTY, ARKANSAS BEING THE SAME PROPERTY CONVEYED TO CHRIS LYONS BY DEED FROM KENNETH ROACH, MARY ROACH DATED 02/09/2009, recorded 02/09/2009, DEED BOOK 248 PAGE 468. Parcel ID Number: 006-02064-000**

**and**

**A Ruger model Speed Six, a .357 caliber revolver bearing serial number SN 157-87985**

are hereby forfeited to the United States of America pursuant to Title 18, U.S.C.§ 2323 .

IT IS FURTHER ORDERED, ADJUDGED AND DECREED  that all right, title, and

interest in all of the property set forth above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

      IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

      IT IS SO ORDERED this 21st day of December, 2010.


                                        /s/Susan Webber Wright
                                        UNITED STATES DISTRICT JUDGE